ACCEPTED
15-24-00036-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
12/18/2024 4:25 PM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
12/18/2024 4:25:03 PM
CHRISTOPHER A. PRINE
Clerk



**KEN PAXTON**
ATTORNEY GENERAL OF TEXAS

December 18, 2024

Christopher A. Prine, Clerk
Fifteenth Court of Appeals
William P. Clements Building
300 W. 15th Street, Suite 607
Austin, Texas 78701

Re:   15-24-00036-CV; *Texas Commission on Environmental Quality and Max Midstream, LLC., v. S. Diane Wilson, Texas Campaign for the Environment and San Antonio Bay Estuarine Waterkeeper*

Dear Mr. Prine,

Please let this letter serve as notice that the undersigned, Sara J. Ferris, will argue on behalf of Appellant Texas Commission on Environmental Quality. Thank you for your attention in this matter.

Sincerely,

*/s/ Sara J. Ferris*
SARA J. FERRIS
Assistant Attorney General
State Bar No. 50511915
Sara.Ferris@oag.texas.gov
Office of the Attorney General
Environmental Protection Division
P.O. Box 12548, MC 066
Austin, Texas 78711-2548
Tel.: (512) 463-2012/Fax: (512) 320-0911
*Counsel for Texas Commission on Environmental Quality*

cc: All Parties of Record

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Colton Halter on behalf of Sara Ferris
Bar No. 50511915
colton.halter@oag.texas.gov
Envelope ID: 95473530
Filing Code Description: Letter
Filing Description: Letter to the Court
Status as of 12/18/2024 4:31 PM CST

Associated Case Party: Calhoun Port Authority

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Michael Woodward | 21979300 | mwoodward@hslawmail.com | 12/18/2024 4:25:03 PM | SENT |
| Barton Hejny | 24082231 | bhejny@hslawmail.com | 12/18/2024 4:25:03 PM | SENT |
| Petrus J.Wassdorf | | pwassdorf@hslawmail.com | 12/18/2024 4:25:03 PM | SENT |
| Alan Sanders | | alan.sanders@dinsmore.com | 12/18/2024 4:25:03 PM | SENT |

Associated Case Party: Texas Oil & Gas Association

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Samia Broadaway | 24088322 | samia.broadaway@bakerbotts.com | 12/18/2024 4:25:03 PM | SENT |
| Beau Carter | | beau.carter@bakerbotts.com | 12/18/2024 4:25:03 PM | SENT |

Associated Case Party: Max Midstream, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Derek  Seal | | dseal@mcginnislaw.com | 12/18/2024 4:25:03 PM | SENT |
| Jordan  Mullins | | jmullins@mcginnislaw.com | 12/18/2024 4:25:03 PM | SENT |
| April Lucas | | alucas@mcginnislaw.com | 12/18/2024 4:25:03 PM | SENT |
| Kim McBride | | kmcbride@mcginnislaw.com | 12/18/2024 4:25:03 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Colton Halter | | colton.halter@oag.texas.gov | 12/18/2024 4:25:03 PM | SENT |

Associated Case Party: Texas Commission on Environmental Quality

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Colton Halter on behalf of Sara Ferris
Bar No. 50511915
colton.halter@oag.texas.gov
Envelope ID: 95473530
Filing Code Description: Letter
Filing Description: Letter to the Court
Status as of 12/18/2024 4:31 PM CST

Associated Case Party: Texas Commission on Environmental Quality

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Erin Snody | | erin.snody@oag.texas.gov | 12/18/2024 4:25:03 PM | SENT |
| Sara Ferris | | sara.ferris@oag.texas.gov | 12/18/2024 4:25:03 PM | SENT |
| David Laurent | | david.laurent@oag.texas.gov | 12/18/2024 4:25:03 PM | SENT |

Associated Case Party: San Antonio Bay Estuarine Waterkeeper

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Erin  Gaines | | egaines@earthjustice.org | 12/18/2024 4:25:03 PM | SENT |
| Michelle Carlos | | mcarlos@earthjustice.org | 12/18/2024 4:25:03 PM | SENT |
| Claire Huebler | | chuebler@earthjustice.org | 12/18/2024 4:25:03 PM | SENT |
| Ilan Levin | | ilevin@environmentalintegrity.org | 12/18/2024 4:25:03 PM | SENT |

Associated Case Party: Texas Campaign for the Environment

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Erin  Gaines | | egaines@earthjustice.org | 12/18/2024 4:25:03 PM | SENT |
| Michelle  Carlos | | mcarlos@earthjustice.org | 12/18/2024 4:25:03 PM | SENT |
| Claire Huebler | | chuebler@earthjustice.org | 12/18/2024 4:25:03 PM | SENT |
| Ilan Levin | | ilevin@environmentalintegrity.org | 12/18/2024 4:25:03 PM | SENT |

Associated Case Party: S.DianeWilson

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Ethan Siegel | | esiegel@trla.org | 12/18/2024 4:25:03 PM | SENT |

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Colton Halter on behalf of Sara Ferris
Bar No. 50511915
colton.halter@oag.texas.gov
Envelope ID: 95473530
Filing Code Description: Letter
Filing Description: Letter to the Court
Status as of 12/18/2024 4:31 PM CST

Associated Case Party: S.DianeWilson

| Ethan Siegel | | esiegel@trla.org | 12/18/2024 4:25:03 PM | SENT |
|---|---|---|---|---|
| Karis Adams | | karisadams@trla.org | 12/18/2024 4:25:03 PM | SENT |